3961 (Rev. 1-19)



**STATE OF MICHIGAN**
**DEPARTMENT OF TREASURY**
LANSING

GRETCHEN WHITMER
GOVERNOR

RACHEL EUBANKSI
STATE TREASURER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Marlon Gerald Johnson
14287 E. 12 Mile Rd., Apt. D
Warren, MI 48088

Case No. 18-42935
Chapter 13
Hon. Maria L Oxholm

Debtor

## WITHDRAWAL OF REQUEST FOR PAYMENT OF PRIORITY CLAIM

The State of Michigan, Department of Treasury, hereby withdraws its request for payment of Priority claim (5-1) in the amount of $5,000.00, dated herein on 6/27/2018.

*Brandi Branch* (signature)

Brandi Branch
Departmental Technician
Collections Services Bureau

MICHIGAN DEPARTMENT OF TREASURY • LANSING, MICHIGAN 48922
www.michigan.gov/treasury • (517) 373-3200